

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>CLAUDE EDOUARD,<br>    Debtor | Ch. 13<br>18-14052-FJB |

### ORDER OF DISMISSAL

**MATTER:**

#97 Chapter 13 Trustee's Motion for Order Dismissing Case for Failure to Make Plan Payments

No objection having been filed, and good cause having been stated, the Trustee's Motion to Dismiss Case is granted, and this case is hereby dismissed.

By the Court,

*/s/ Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 9/17/2020